UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-81361-ROSENBERG

LEEROY KHATTAR,

    Plaintiff,

v.

SCOTT DRONEY,

    Defendant.
_____/

**ORDER GRANTING THE PLAINTIFF LEAVE TO AMEND AND
DENYING AS MOOT THE DEFENDANT'S MOTION TO DISMISS**

**THIS CAUSE** is before the Court on the Defendant's Motion to Dismiss at docket entry 24. The Motion has been fully briefed. For the reasons set forth below, the Court grants the Plaintiff leave to amend and denies the Motion to Dismiss as moot.

The Defendant's Motion to Dismiss raises a number of arguments why the Plaintiff's Complaint should be dismissed. One of those arguments is that the Plaintiff did not sufficiently allege that the Defendant utilized interstate commerce—a necessary allegation for some of the Plaintiff's claims. DE 24 at 3. In his Response, the Plaintiff attaches documents to substantiate his contention that the Defendant *did* utilize interstate commerce. DE 25-1. In his Reply, the Defendant argues that the Court may not consider the Plaintiff's attachments as they are outside the four corners of the Plaintiff's Complaint. DE 26 at 1.

The Plaintiff, in his Response, also requests leave to amend. DE 25 at 16. Particularly since the Plaintiff has not previously amended his pleading in this case, the Court exercises its discretion to **GRANT** the Plaintiff's request for leave to amend. Through this ruling, the Plaintiff will have the opportunity to incorporate the evidence attached to his Response into his amended

complaint, and the Court will be able to consider the evidence in connection with any future motion to dismiss.

The Plaintiff shall file his amended complaint within seven days of the date of rendition of this Order. The Defendant shall file a responsive pleading or motion within ten days of the date the Plaintiff files an amended complaint. Because the Court grants the Plaintiff leave to amend, the Court **DENIES AS MOOT** the Defendant's Motion to Dismiss directed at the Plaintiff's original Complaint.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 12th day of August, 2025.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE